in not detecting the approach of the defendant's train.

McLENNAN, J., concurs in result, upon the ground that the finding of the jury that plaintiff's intestate was free from contributory negligence was against the weight of the evidence. ADAMS, P. J., dissents upon the authority of Seeley v. Railroad Co., 8 App. Div. 402, 40 N. Y. Supp. 866, Henavie v. Same, 166 N. Y. 280, 59 N. E. 901, and Zwack v. Railroad Co., 160 N. Y. 362, 54 N. E. 785.

---

GUTTENBERG, Respondent, v. NEW YORK EL. RY. CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. July 8, 1902.) Action by Joseph B. Guttenberg against the New York Elevated Railway Company and others. T. L. Waugh, for appellants. B. Trapnell, for respondent. No opinion. Judgment affirmed, with costs.

---

HALL, Appellant, v. NORTON et al., Respondents. (Supreme Court, Appellate Division, First Department. June 6, 1902.) Action by Helen B. Hall against Edward L. Norton and another. G. C. Lay, for appellant. J. J. Crawford, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

---

HAMILTON, Respondent, v. FIDELITY MUT. LIFE ASS'N, OF PHILADELPHIA, PA., Appellant. (Supreme Court, Appellate Division, Fourth Department. July 8, 1902.) Action by Lucie Hamilton against the Fidelity Mutual Life Association, of Philadelphia, Pa. No opinion. Judgment and order reversed, and new trial ordered, with costs to the appellant to abide the event, upon opinion of Hardin, P. J., in same case reported at 27 App. Div. 480, 50 N. Y. Supp. 526.

ADAMS, P. J., and SPRING, J., dissent, upon authority of Peters v. Insurance Co., 10 App. Div. 533, 42 N. Y. Supp. 348, affirmed 154 N. Y. 758, 49 N. E. 1103, Jacobs v. Assurance Co., 30 App. Div. 285, 51 N. Y. Supp. 967, affirmed 164 N. Y. 582, 58 N. E. 1088, and Sternaman v. Insurance Co., 170 N. Y. 13–23, 62 N. E. 763.

---

HANLON et al., Respondents, v. ROCKEFELLER, Appellant. (Supreme Court, Appellate Division, Third Department. July 8, 1902.) Action by John Hanlon and another against William Rockefeller. No opinion. Judgment and order unanimously affirmed, with costs.

---

HART, Respondent, v. BROOKLYN UNION EL. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 13, 1902.) Action by Mary Hart, as administratrix, etc., of Daniel Hart, deceased, against the Brooklyn Union Elevated Railroad Company. No opinion. Motion denied.

---

HARTMANN, Appellant, v. HOFFMAN, Respondent. (Supreme Court, Appellate Division, Second Department. June 19, 1902.) Action by Joseph Hartmann against Jacob Hoffman. No opinion. Motion for reargument granted, and case set down for the first day for the hearing of enumerated motions.

---

HARTSHORN, Respondent, v. METROPOLITAN LIFE INS. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. July 8, 1902.) Action by Charles H. Hartshorn, as administrator, etc., against the Metropolitan Life Insurance Company.

PER CURIAM. Held: First, that the misstatements by the applicant concerning her age, if unintentionally made, as found by the jury, did not vitiate the policy; second, that the isolated visit of Dr. Smith was not being "under the care" of a physician, in violation of the statement of the applicant in the life policy that she had "not been under the care of any physician within two years"; third, that there was an erroneous statement of her age by the applicant, and that her age at the time of the issuance of the policy was greater than 53 years, as found by the jury. Judgment and order reversed and new trial ordered, with costs to the appellant to abide event, unless within 20 days the plaintiff stipulates that the verdict of the jury be amended by fixing the age of the insured in the month of April, 1897, at 56 years, and to a reduction in the recovery in conformity to that age, in which event the judgment and order, as amended, are affirmed, without costs. The form of the order and necessary computation, in case the stipulation is made, to be settled before Mr. Justice SPRING, on two days' notice. See 67 N. Y. Supp. 13.

---

HASKINS, Appellant, v. HASKINS, Respondent. (Supreme Court, Appellate Division, First Department. June 6, 1902.) Action by Harry C. Haskins against Mary R. Haskins. C. Blandy, for appellant. B. S. Weeks, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

---

In re HATCH. (Supreme Court, Appellate Division, Fourth Department. July 8, 1902.) In the matter of the judicial settlement of the accounts of Ray Semon Hatch, as, etc., of Elam A. Hatch, deceased. No opinion. Decree and order appealed from affirmed, with separate bills of costs to the respondents Security Trust Company and George W. Munson, and $10 costs and disbursements to the respondent William R. Bancroft, to be paid by the appellant personally.

---

HAZARD, Respondent, v. NEW YORK HERALD CO., Appellant. (Supreme Court, Appellate Division, First Department. June 20, 1902.) Action by Rowland N. Hazard against the New York Herald Company. F. B. Candler, for appellant. F. Bein, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.